IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ZACHARY RICHARDSON and MATTHEW PARKER, | ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) ) |
| | ) CASE NO. 3:21-cv-00006 |
| WHISKEY ROW NASHVILLE, LLC, ROOKE, LLC, MILO COMPANIES, LLC, MRM HOSPITALITY, LLC, JW BAR, LLC, NOATOZ, LLC f/k/a RIOT HOSPITALITY GROUP, LLC, RHG VENTURES, LLC, RYAN HIBBERT, MICHAEL TROYAN, AND JONATHAN J. WRIGHT, d/b/a RIOT HOSPITALITY GROUP d/b/a DIERKS BENTLEY'S WHISKEY ROW NASHVILLE, | ) ) CHIEF JUDGE CRENSHAW ) ) MAGISTRATE JUDGE NEWBERN ) ) JURY DEMAND ) ) ) ) ) ) |
| Defendants. | ) |

**JOINT MOTION TO CONSOLIDATE RELATED CASES**

Plaintiffs and Defendants jointly move this Court, in accordance with Rule 42 of the Federal Rules of Civil Procedure, for an order consolidating this action with *Church et al. v. Whiskey Row Nashville, LLC*, 3:20-cv-00476 (M.D. Tenn.).

Pursuant to Federal Rule 42(a), this Court has broad discretion to "join for hearing or trial any or all matters at issue in the actions." Here, the instant action and *Church* are related actions in which the plaintiffs in both cases are bringing nearly identical claims under the same causes of action. Plaintiffs in this action are represented by the same counsel as the *Church* Plaintiffs. The Defendants in this action are represented by the same counsel as the Defendant in *Church*. Because the claims at issue in these two matters are the same (or at least similar), these cases should be consolidated for "all matters at issue in the actions." Fed. R. Civ. P. 42(a)(3).

1

Plaintiffs in the instant action and the *Church* Plaintiffs are all tipped employees who worked at the Whiskey Row restaurant and bar in Nashville, Tennessee and who allege that they are owed wages and other compensation under the Fair Labor Standards Act ("FLSA"). The *Church* Plaintiffs' claims were compelled to arbitration pursuant to an arbitration agreement negotiated by the Parties and their counsel. (*Church* Doc. No. 39). The Parties in the instant action and the Parties in *Church* have reached an agreement to seek a Court order compelling the claims in this action to arbitration under same arbitration agreement this Court has already enforced in *Church*. Pursuant to this agreement, the Parties will seek such relief in the *Church* matter once these cases are consolidated.[1]

For these reasons, this Court should consolidate these actions in accordance with Fed. R. Civ. P. 42(a)(3).

---

[1] If this Court declines to consolidate these cases, the Parties will work in good faith to effectuate their agreement. The Parties submit that consolidating these cases, and then compelling the Plaintiffs' claims in both cases to the same arbitration agreement would be the most efficient course.

| | |
|---|---|
| Dated: May 6, 2021 | Respectfully submitted, |
| /s/ Christen C. Blackburn | /s/ David W. Garrison |
| **CHRISTEN C. BLACKBURN** | **DAVID W. GARRISON (No. 24968)** |
| LEWIS, THOMASON, KING, | **JOSHUA A. FRANK (No. 33294)** |
| KRIEG & WALDROP, P.C. | BARRETT JOHNSTON MARTIN & GARRISON, LLC |
| 424 Church Street, Suite 2500 | Philips Plaza |
| P.O. Box 198615 | 414 Union Street, Suite 900 |
| Nashville, TN 37219 | Nashville, TN 37219 |
| 615.574.6732 | Telephone: (615) 244-2202 |
| 615.259.1389 Fax | Facsimile: (615) 252-3798 |
| cblackburn@lewisthomason.com | dgarrison@barrettjohnston.com |
| | jfrank@barrettjohnston.com |
| **KIMBERLY S. MOORE** | |
| CLARK HILL STRASBURGER | *Attorneys for Plaintiffs* |
| 2600 Dallas Parkway | |
| Suite 600 | |
| Frisco, TX 75034 | |
| 469.287.3900 | |
| 469.287.3999 Fax | |
| ksmoore@clarkhill.com | |

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this *Joint Motion To Consolidate Related Cases* was filed electronically with the Clerk's office by using the CM/ECF system and served via the CM/ECF system on the following counsel for Defendants as listed below on May 6, 2021:

David W. Garrison
Joshua A. Frank
Barrett Johnston Martin & Garrison, LLC
Philips Plaza
414 Union Street, Suite 900
Nashville, Tennessee 37219
dgarrison@barrettjohnston.com
jfrank@barrettjohnston.com

*Attorneys for Plaintiffs*

                                                          /s/ Christen C. Blackburn
                                                        **CHRISTEN C. BLACKBURN**